FILED
1/6/2026
JKS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**1:26-cr-00008**
**Judge Manish S. Shah**
**Magistrate Judge M. David Weisman**
**RANDOM/Cat 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

TRAVIS WILSON

Case No.

Violation: Title 18, United States Code, Section 922(g)(1)

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about October 4, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

TRAVIS WILSON,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded Glock 44 semiautomatic pistol, bearing serial number AFGF293, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2025 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock 44 semiautomatic pistol, bearing serial number AFGF293, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2